AO 247 (Rev. 11/11)    Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of _New Mexico_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Daryl Wilkerson | ) Case No: 2:00CR00557-002 LH _____ |
| | ) USM No: 57837-080 _____ |
| Date of Original Judgment: 5/10/2001 | ) |
| Date of Previous Amended Judgment: _____ | ) Peter Edwards _____ |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    X  the defendant   ❏  the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X  DENIED.   ❏  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 12/2/2011 _____          _____ *Judge's signature*

Effective Date: _____          C. LeRoy Hansen, Senior United States District Judge
*(if different from order date)*          *Printed name and title*